IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE MICHELLE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-cv-594-TMH |
| | ) | [wo] |
| CHAMBERS COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On July 18, 2012, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice pursuant to 28 U.S.C.§ 1915 (e)(2)(B)(ii) for Plaintiff's failure to challenge the validity of her conviction(s) and/or sentence(s) entered against her by the Circuit Court for Chambers County, Alabama. (Doc. 4). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice. A Judgment in favor of the Defendants shall be forthcoming.

Done this 29th day of August, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE